| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Bonapfel, Paul W. | 2. Court or Organization<br><br>United States Bankruptcy Court | 3. Date of Report<br><br>5/6/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination        Date<br>☐ Initial   ☑ Annual        ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>Room 1492 US Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty (See Part VIII) | Mercer University School of Law |
| 2. | Trustee for Beneficiary Under Will | Trust No. 1 (See VIII) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | Thomson/Reuters, f/k/a West Services, Inc. (Publisher) and Filer, Adam M. Goodman, and W. Homer Drake, Jr. (Authors) (See Part VIII) |
| 2. | 2009 | Mercer University School of Law (See Part VIII) |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Thomson/Reuters (f/k/a West Services) book royalties | $3,982.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Self-employed Math Tutoring |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 28-31, 2018 | San Antonio, TX | Attend CLE Program & Judges' Conference and chair of program committee | Partial reimbursement for lodging in connection with attendance at annual meetings |
| 2. | Mercer University School of Law | January - April 2018 | Macon, GA | Adjunct Faculty | Reimbursement of mileage and expenses for meals with guest faculty, other faculty, and staff |
| 3. | Tennessee Bar Association | April 27-29, 2018 | Gatlinburg, TN | Faculty for CLE Program | Reimbursement for travel, lodging, and meals |
| 4. | Coastal Bankruptcy Law Institute | April 20-21, 2018 | Savannah, GA | Faculty for CLE Program | Reimbursement for lodging, complimentary dinner |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bonapfel, Paul W.** | 5/6/2019 |

| | | | | |
|---|---|---|---|---|
| 5. | Turnaround Management Association, Alabama Chapter | October 10-11, 2018 | Birmingham, AL | Faculty for educational luncheon for attorneys and consultants | Reimbursement for travel, lodging, and meals |
| 6. | Georgia State Bar Bankruptcy Section and ICLE (See VIII) | December 13-14, 2018 | Greensboro, GA | Faculty for CLE Program | Reimbursement of lodging, registration fee including lunch & dinner waived for attending judges |
| 7. | Middle District of Georgia Bankruptcy Law Institute | September 6-7, 2018 | Macon, GA | Faculty for CLE Program | Reimbursement of lodging, registration fee including lunch & dinner waived for attending judges |
| 8. | American Bankruptcy Institute | July 26-29, 2018 | Amelia Island, FL | Faculty for CLE Program | Reimbursement for lodging, travel, registration fee waived |
| 9. | Southeastern Bankruptcy Law Institute | March 22-24, 2018 | Atlanta, GA | Faculty for CLE Program | Reimbursement for lodging and parking, registration fee waived |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/6/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Motorola Solutions, Inc. | A | Dividend | K | T | | | | | |
| 2. Cisco Systems Common | A | Dividend | K | T | | | | | |
| 3. Touchmark Bancshares, Inc. Common | | None | J | T | | | | | |
| 4. CenterState Bank Corp (CSFL)f/k/a Landmark BancsharesCommon(See VIII) | C | Dividend | L | T | | | | | |
| 5. Wells Fargo Bank - Bank - Accounts | A | Interest | K | T | | | | | |
| 6. US Savings Bonds | | None | M | T | | | | | |
| 7. Assoc. Cred. Union - Accounts and Time Deposits | A | Interest | K | T | | | | | |
| 8. Mass. Mutual Whole Life | A | Dividend | K | T | | | | | |
| 9. IRA Account 2 (Morgan Stanley, Custodian) (H) | | | | | | | | | |
| 10. -Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 11. - Arrow DWA Tactical A Mutual Fund (DWTXF) | A | Dividend | K | T | | | | | |
| 12. Chevron Corp Common | C | Dividend | L | T | | | | | |
| 13. Fulton Co. Ga Dev Auth Rev Fulton Cnty GA (MB-18) | A | Interest | | | Redeemed | 11/15/18 | K | | Public |
| 14. Gwinnett Cnty Ga Sch Dist Ref (MB 18) (5A50) | A | Interest | | | Redeemed | 02/01/18 | K | | Public |
| 15. Clayton Cnty & Clayton Cnty Ga Wtr Auth (MB 18) (6XJ4) | B | Interest | | | Redeemed | 05/01/18 | K | | Public |
| 16. Georgia St Genl Oblig Ref-I (MB 18) (4PJ9) | A | Interest | | | Redeemed | 07/02/18 | J | | Public |
| 17. Georgia St (MB 19) (4XE1) | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Georgia St Genl Oblig Ser-D (MB 19) (4LBO) | A | Interest | K | T | | | | | |
| 19. Lee County GA Sch Dist - B (MB 18) (2BZ9) | A | Interest | | | Redeemed | 02/01/18 | K | | Public |
| 20. Ga St Rd & Tlwy (MB 19) (MCL3) | B | Interest | K | T | | | | | |
| 21. Gwinnett Cnty Sch Dist Ref (MB 20) (5A84) | A | Interest | J | T | | | | | |
| 22. Clayton Cnty & Clayton Cnty Wtr Auth Wtr & Swr Rev Ref-A (MB 20) (6YN4) | B | Interest | L | T | | | | | |
| 23. Georgia St Genl Oblig Ref Ser-I (MB 21) (4PP5) | B | Interest | K | T | | | | | |
| 24. Metro Atlanta Rapid Tran Auth Ga Sales Tax Rev Ref (MB 21) (5A95) | B | Interest | K | T | | | | | |
| 25. Gwinnett Cnty Ga Wtr & Sew Auth Rev Ser-A (MB 21) (0GW5) | A | Interest | K | T | | | | | |
| 26. Georgia St Genl Oblig Ref E-2 (MB 21) (4VTO) | B | Interest | K | T | | | | | |
| 27. Fayette Cnty Ga Pub Facs Au Rev Ref Crim Justice Ctr PJ (MB 22) (4CJ5) | B | Interest | K | T | | | | | |
| 28. Gwinnett Cnty Ga Dev Auth Rev Arena Prkg (MB22) (0BL8) | C | Interest | M | T | | | | | |
| 29. Georgia St (MB 22) (4ZX7) | A | Interest | K | T | | | | | |
| 30. Walker Cnty Ga Sch Dist (MB 22) (9BJ4) (EE5CO) | A | Interest | K | T | Buy | 06/12/18 | K | | Public |
| 31. Georgia St Genl Oblig Ref Ser-J-2 (MB 22) (4WW2) | A | Interest | K | T | | | | | |
| 32. Atlanta & Fulton Cnty Rec Auth (MB22) (1LB5) | A | Interest | | | Redeemed | 01/16/18 | L | | Public |
| 33. Morgan Stanley Bank - Accounts | A | Interest | K | T | | | | | |
| 34. GA Rd Reimbursement (MB 19) (6BG6) | A | Interest | | | Redeemed | 06/01/18 | K | | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Metro Atl. Rap. Tran Au (MB 20) (5A46) | B | Interest | K | T | | | | | |
| 36. Walton Cnty Ga Sch Dist Ref (MB 20) (OBY6) | A | Interest | K | T | | | | | |
| 37. Gwinnett County Ga School Dist Ref (MB-23) (5B42) | B | Interest | K | T | | | | | |
| 38. Habersham Cnty Ga Sch Dist (MB 23) (6DH2) | B | Interest | K | T | | | | | |
| 39. Cobb Co. Ga Wtr & Sew Rev (MB 23) (8WC3) | A | Interest | J | T | | | | | |
| 40. Georgia St (MB 23) (43Q7) | A | Interest | L | T | | | | | |
| 41. Cherokee Cnty Ga Wtr Sew Auth Rfgd Impt OID (MB 23) (3HS9) | B | Interest | K | T | | | | | |
| 42. Georgia St. Genl Oblig Ref-C (MB 23) (4YB6) | B | Interest | K | T | | | | | |
| 43. Forsyth Co. Ga Genl OBLIG-A (MB 24) (3DW3) | B | Interest | L | T | | | | | |
| 44. Ga St Genl OBLIG- Ser B (MB 25) (4JP2) | B | Interest | L | T | | | | | |
| 45. Fayette Cnty Ga Pub Facs Auth Rev (MB 18) (4CE6) | A | Interest | | | Redeemed | 06/01/18 | K | | Public |
| 46. Main St Nat Ga Proj Ser A (MB 18)(YBBO) | B | Interest | | | Redeemed | 03/16/18 | K | | Public |
| 47. Gwinnett County GA Dev Auth. (MB 20) (0BJ3) | B | Interest | K | T | | | | | |
| 48. Paulding Cnty Ga Sch Dist Ref (MB 21) (OFG6) | A | Interest | J | T | | | | | |
| 49. Gainesville & Hall Cnty Ga Hosp Auth Re OID(MB 21)(2KU9)(2NC6)See VIII | A | Interest | K | T | | | | | |
| 50. Gainesville & Hall Cnty Ga HospAuthAntic CtfsRev-B(MB21)(2NP7)-SeeVIII | A | Interest | J | T | | | | | |
| 51. Georgia St. Hsg & Fin Auth Rev Single Fam Mtg-C (MB 21) (9C78) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cobb Cnty Ga Wtr & Sew Rev (MB 18) (8VX8) | B | Interest | | | Redeemed | 07/02/18 | K | | Public |
| 53. Gwinnett Cnty Ga Wtr & Sew Auth Rev (MB 18) (0JL6) | A | Interest | | | Redeemed | 08/01/18 | K | | Public |
| 54. Forsyth Cnty G OID Genl Oblig A (MB 19) (3DM5) | A | Interest | J | T | | | | | |
| 55. Ga St Genl Oblig Ref (MB 20) (4PN0) | B | Interest | K | T | | | | | |
| 56. Mun. Elec. Auth Ga. Comb Cycle Proj. Rev Ser. A (MB 23) (7ZM9) | B | Interest | L | T | | | | | |
| 57. Gwinnett Co Ga Dev Auth Rev Arena Prk Deck Prj (MB 23)(0BM6) | A | Interest | K | T | | | | | |
| 58. Columbus Ga Bldg Auth Lease Rev Ref-A (MB 24) (2KA0) | A | Interest | K | T | | | | | |
| 59. Downtown Savannah Ga Savannah Projs Rev Ref (MB 24) (2MW7) | B | Interest | L | T | | | | | |
| 60. Georgia St Genl Oblig Ref-C (MB 23) (4ZY5) | B | Interest | L | T | | | | | |
| 61. Atl Arpt Gen Rev Ref Ser. C (MB 24) (MMUO) | B | Interest | K | T | | | | | |
| 62. Fulton County Ga Dev Auth Rev (MB 24) (0M20) | B | Interest | K | T | | | | | |
| 63. Atlanta Ga Wtr & Wastewtr Rev Ref-B (MB 24) (0LW8) | B | Interest | K | T | | | | | |
| 64. Atlanta Ga Pub Safety & Judicial Facs Au (MB 24) (TBE8) | B | Interest | K | T | | | | | |
| 65. Atlanta Ga Arpt Rev (MB 25) (MQP7) | B | Interest | K | T | | | | | |
| 66. Gwinnett Cnty Dev Auth Ctfs Partn (MB25) (5CM5) | B | Interest | L | T | | | | | |
| 67. Oconee Cnty Ga Genl Oblig Ref Ser-A (MB25) (MBW7) | A | Interest | J | T | | | | | |
| 68. Georgia St Genl Oblig Ser-D (MB 25) (4F50) | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Gwinnett Cnty Ga Sch Dist (MB 25) (5B67) | B | Interest | K | T | | | | | |
| 70. Association Cnty Commnrs GA Ctfs Partn (MB 28) (8BW0) (F255B) | A | Interest | L | T | Buy | 02/16/18 | L | | Public |
| 71. Downtown Savannah Auth Ga Imptgenl Oblig Rev Ref (MB 28) (2NA4) | B | Interest | K | T | | | | | |
| 72. Georgia St. Gen. Oblig Ser-A (MB 31) (4YW0) | A | Interest | K | T | | | | | |
| 73. Atlanta GA Arpt Pass FacChrg Sub Lien Gen Rev RefA (MB26)(TCQ5)(EBA65) | B | Interest | K | T | | | | | |
| 74. Atlanta Ga Dev Auth Rev-B(MB 27) (NJX6) (EG2G1) | A | Interest | K | T | | | | | |
| 75. Forsyth Cnty GA Sch Dist (MB26) (4JL6) (FK2Y2) | C | Interest | L | T | | | | | |
| 76. Georgia Hsg Fin Singl Fam Mtg Auth Gen Oblig SerA (MB28) (96P5)(CKW82) | A | Interest | K | T | | | | | |
| 77. Polk Cnty Ga Wtr Sew& Solid Waste Auth Wtr&Sew Rev(MB28)(4CQ7) (D2DK7) | A | Interest | L | T | Buy | 07/18/18 | L | | Public |
| 78. Georgia St (MB 29) (44D5) (EFK22) | | None | K | T | Buy | 11/05/18 | K | | Public |
| 79. Polk Cnty Ga Wtr Sew & Solid Waste Auth Wtr & SewRev(MB29)(4CR5) FX53D | A | Interest | L | T | Buy | 03/19/18 | L | | Public |
| 80. Marietta Ga (MB 30) (3RJ2) (E31P4) | | None | J | T | Buy | 07/18/18 | K | | Public |
| 81. Georgia St (MB 27) (5AK9) (FK8A4) | A | Interest | K | T | | | | | |
| 82. Georgia St Genl Oblig Ser-A (MB 27) (44B9) (EJS62) | B | Interest | L | T | Buy | 05/10/18 | M | | Public |
| 83. Georgia St Genl Oblig Ref-C-1 (MB 25) (43M6) (DFQ7) | B | Interest | L | T | | | | | |
| 84. Atlanta Ga Wtr & Waste Wtr Rev-A (MB 27) (OHJ2) (P6818) | A | Interest | J | T | Buy | 01/23/18 | J | | Public |
| 85. Georgia St Hsg& Fin Auth Rev (MB 27) (94P7) (DTQ39)(See VIII) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Atlanta Ga Arpt Passenger Fac Charge Rev Ref-A (MB 28) (TCS1) (EBBO3) | | None | J | T | Buy | 07/17/18 | J | | Public |
| 87. Jefferson Ga Sch Dist Ref (MB 27) (MCE9) (E2HM9) | C | Interest | M | T | | | | | |
| 88. Lamar Cnty School Dist (MB 31) (PBS2) (C5J83) | B | Interest | K | T | | | | | |
| 89. Henry Cnty Ga Sch Dist (MB 26) (2LY3) (C77T3) | | None | K | T | Buy | 11/05/18 | K | | Public |
| 90. Macon-Bibb Cnty Ga Indl Auth Rev Ref (MB 26) (9AJ4) (C9K5R) | B | Interest | L | T | | | | | |
| 91. Cherokee Cnty Ga Sch Sys Genl Oblig (MB 2027) (1MU3) (DH8W3) | A | Interest | K | T | Buy | 06/12/18 | K | | Public |
| 92. Morgan Cnty Ga Sch Dist (MB 26) (1AJ4) (C6K2A) | B | Interest | K | T | | | | | |
| 93. Georgia St Genl Oblig Ref-C (MB 26) (5BE2) (FL39A) | B | Interest | L | T | Buy | 01/23/18 | M | | Public |
| 94. Suwanee Ga Urban Redev Agy Rev (MB 26) (8AZ9) (CU5L9) | B | Interest | L | T | | | | | |
| 95. Morgan Stanley Bank - Accounts (Jnt) | A | Interest | J | T | | | | | |
| 96. Gwinnett County Sch Dist (MB 23) (55P47) | A | Interest | J | T | | | | | |
| 97. Carroll Cnty School Dist (MB 23) (83CM7) | B | Interest | K | T | | | | | |
| 98. Gwinnett Cnty Dev Auth Ctfs Partn (MB 24) (15CL7) | C | Interest | L | T | | | | | |
| 99. IRA Account 1 (Morgan Stanley, Custodian) (H) | | | | | | | | | |
| 100. -Morgan Stanley Bank (IRA Acct) (Cash Equivalent) (See VIII) | A | Interest | J | T | | | | | |
| 101. -Morgan Stanley Private Bank (IRA Acct) (Cash Equivalent) (See VIII) | A | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. Invesco S&P EqualWeight E f/k/aGuggenheim S&P 500EquWeight(RSP)SeeVIII | B | Dividend | M | T | Sold (part) | 01/16/18 | L | E | Public |
| 103. – IShares US Consumer Ser ETF (IYC) | A | Dividend | L | T | Sold (part) | 01/16/18 | J | B | Public |
| 104. – IShares North American Tech Soft (IGV) | A | Dividend | L | T | Sold (part) | 01/04/18 | J | C | Public |
| 105. | | | | | Sold (part) | 08/07/18 | J | C | Public |
| 106. ISharesExpandedTech Sector (IGM) f/k/a ISharesNAmerTechSector IGM-VIII | A | Dividend | L | T | Sold (part) | 01/04/18 | J | C | Public |
| 107. | | | | | Sold (part) | 08/07/18 | J | C | Public |
| 108. – IShares SP Smallcap 600 Index (IJR) | B | Dividend | L | T | Buy | 05/24/18 | K | | Public |
| 109. | | | | | Sold (part) | 08/07/18 | J | B | Public |
| 110. – IShares U.S. Utilities ETF (IDU) | | None | L | T | Buy | 12/27/18 | L | | Public |
| 111. – IShares US Aerospace & Def ETF (ITA) | A | Dividend | L | T | Sold (part) | 01/04/18 | J | C | Public |
| 112. – IShares US Fin Services ETF (IYG) | B | Dividend | L | T | | | | | |
| 113. IShares US Healthcare Prov ETF (IHF) | A | Dividend | L | T | Buy | 10/04/18 | L | | Public |
| 114. – IShares Phlx Semiconductor (SOXX) | A | Dividend | K | T | Sold (part) | 01/04/18 | K | D | Public |
| 115. | | | | | Sold (part) | 08/14/18 | K | D | Public |
| 116. – IShares S&P Midcap 400 Index (IJH) | A | Dividend | L | T | | | | | |
| 117. Invesco QQQ Trust, Series1(QQQ) f/k/a – Powershares QQQ Tr (QQQ) -VIII | A | Dividend | L | T | Sold (part) | 08/14/18 | J | C | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. | | | | | Buy | 11/09/18 | K | | Public |
| 119. | | | | | Sold (part) | 01/16/18 | J | C | Public |
| 120.   – IShares S&P 500 Grwth ETF (IVW) | A | Dividend | L | T | | | | | |
| 121.   – IShares S&P 500 VAL ETF (IVE) | B | Dividend | L | T | Buy | 08/09/18 | J | | Public |
| 122.   – IShares US Regional Banks ETF (IAT) | A | Dividend | | | Sold | 10/04/18 | L | C | Public |
| 123.   – Vanguard FTSE Emerging Markets (VWO) | B | Dividend | L | T | Sold (part) | 08/20/18 | K | A | Public |
| 124.   – Vanguard FTSE Europe ETF (VGK) | C | Dividend | | | Buy | 01/04/18 | K | | Public |
| 125. | | | | | Sold (part) | 06/27/18 | K | | Public |
| 126. | | | | | Sold (part) | 08/23/18 | K | A | Public |
| 127. | | | | | Sold | 11/26/18 | L | | Public |
| 128.  Vanguard Total Intl Stock ETF (VXUS) | B | Dividend | M | T | Buy | 11/26/18 | L | | Public |
| 129. | | | | | Buy | 11/26/18 | L | | Public |
| 130.  --Federated Govt Obligations PRM (GOFXX) | B | Dividend | M | T | Buy | 08/29/18 | M | | Public |
| 131. | | | | | Sold (part) | 10/16/18 | J | | Public |
| 132. | | | | | Sold (part) | 11/09/18 | J | | Public |
| 133. | | | | | Sold (part) | 11/26/18 | L | | Public |
| 134. | | | | | Sold (part) | 12/27/18 | L | | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. --Global X Rbtcs & Artifici ETF (BOTZ) | | | | | Buy | 02/08/18 | K | | Public |
| 136. | | | | | Buy | 03/22/18 | K | | Public |
| 137. | | | | | Sold | 06/22/18 | L | | Public |
| 138. -Ishares Inc MSCI Japan ETF (EWJ) | | | | | Buy | 01/09/18 | L | | Public |
| 139. | | | | | Sold | 05/24/18 | L | | Public |
| 140. Apartment, New York, NY (See VIII) | None | | M | W | | | | | |
| 141. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bonapfel, Paul W. | 5/6/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

1. Mercer University School of Law; Teacher for course in bankruptcy law, beginning January 2018, ending April 2018. Also adjunct faculty for 2010-2017, and 2019.

2 Decedent died 12/25/14. Letters testamentary issued 1/29/15. Estate closed 2017. Decedent's will appointed filer as Trustee under Testamentary Trust No. 1 Under Will. None of filer, filer's spouse, or any dependent child of Filer or spouse (1) has any interest in principal or income of Trust; (2) receives any income from the Trust; or (3) has any beneficial interest in the Estate or Trust. Filer, therefore, is not required to report with regard to disposition of assets or income of Trust.

II. Agreements

1. Agreement between West Services, Inc. (now known as Thomson/Reuters) (Publisher), and Filer, Adam M. Goodman, and W. Homer Drake, Jr. (collectively, Authors), for Authors to prepare book on chapter 13 bankruptcy law for publication by publisher (Title: Chapter 13 Practice and Procedure.) Royalties to be divided between Filer and Goodman. Various parties signed the agreement 1/8/08, 1/9/08, 1/10/08, and 2/19/08.

2. Mercer University School of Law. Agreements to teach course on Consumer Bankruptcy Practice as adjunct faculty for Spring Semester (Jan. - May) for each of years 2010 through 2019. No compensation; expenses to be reimbursed.

VII. Investments and Trusts

General Note: In the parentheses following some assets, "MB" indicates that the asset is a municipal bond and the two digit number refers to its maturity date. For some assets, a parenthetical also contains a reference to last four or five digits of CUSIP number and another parenthetical sometimes shows SEC number.

Line 4 - Landmark Bancshares Corporation merged into National Commerce Corp., August 2018. Filer received stock and cash in merger and has shown cash as dividend income. National Commerce Corporation merged into Center State Bank Corporation in 2019. Filer has reported asset in its current form.

Lines 49 and 50 – Line 58 of Filer's 2017 report listed municipal bonds issued by Gainesville & Hall Cnty Ga. Hosp. Auth re OID (MB21) (2KU9) (2NC6). In preparation of this year's report, Filer noticed that the brokerage account has two listings for this issue, with the same maturity dates and the same date of purchase, but different CUSIP numbers. Accordingly, to insure accuracy, Filer in this report lists the asset twice, with the last four digits of the Cusip numbers (2NC6 and 2NP7). The aggregate value and income codes on the 2017 report were correct, but would have been as stated in this report if they had been stated separately.

Line 85 – Line 88 of Filer's 2017 report listed municipal bonds, Georgia St Genl Oblig Ref C-1, purchased on October 5, 2017 with a maturity in 2025, and showed the last four digits of the Cusip number as 94P7. Although the Cusip number is correct, Filer made an error in describing this investment (essentially, putting in the name of the bond from the wrong line). The correct bond purchased on October 5, 2017, with Cusip number 94P7, as stated in Line 88 of this year's report, is Georgia St Hsg & Fin. Auth Rev, and the correct maturity is 2027. The income, value, and transaction reporting information shown in the 2017 report on line 2017 are the accurate numbers for the correct bond listed on this line.

Lines 100 and 101 - Morgan Stanley Bank and Morgan Stanley Private Bank - IRA Account - IRA Custodian has utilized these accounts in past years at its discretion to hold cash reserves in IRA account, to receive interest, dividends, or proceeds from sales of assets, to pay required fees, and to purchase investments. Account occasionally had zero balance. As set forth in Part VIII of 2016 Report (Part VIII, Lines 92-93 notes), funds in Morgan Stanley Private Bank in 2016 were transferred to Morgan Stanley Bank during reporting period, with zero balance at end of 2016 in Morgan Stanley Private Bank. Morgan Stanley Private Bank was listed for convenience of filer and for continuity. Morgan Stanley Private Bank was not used in 2017. Morga

Line 102 Filer listed Guggenheim S & P 500 Equ Weight (RSP) on line 101 of 2017 report. Name of fund changed to Invesco S & P 500 Equal Weight E (RSP)

Line 106 Filer listed IShares North American Tech Sector (IGM) on line 104 of 2017 report. Name of fund changed to IShares Expanded Tech Section (IGM)

Line 117 Filer listed Powershares QQQ Tr (QQQ) on line 110 of 2017 report. Name of fund changed to Invesco QQQ Trust, Series 1 (QQQ).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul W. Bonapfel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544